IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNS ENERGY CORPORATION, an Arizona corporation, and TUCSON ELECTRIC POWER COMPANY, an Arizona corporation,

    Plaintiffs,

v.                                                                               CIVIL NO. 1:24-cv-00556-KG-LF

SHIVER SOUTHWEST, LLC, an Arizona limited liability company, JAMES B. SHIVER, JR., JACOB B. SHIVER, SHIVER BROTHERS, INC., a New Mexico corporation, and SHIVER CONSTRUCTION COMPANY, a New Mexico corporation,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the *Joint Motion for Dismissal With Prejudice* filed by all parties on June 26, 2025 (ECF No. 51) (the "Joint Motion").  The Court, having reviewed the Joint Motion and being fully advised in the premises, and being advised that all claims that were or that could have been brought by Plaintiffs against Defendants have been amicably resolved, FINDS that the Joint Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUGED, AND DECREED that this matter is dismissed with prejudice.  Each party shall bear its own costs and fees.

                                                                    /s/_____
                                                                    KENNETH J. GONZALES[1]
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Approved and submitted by:


*/s/ Stephen B. Waller*
Stephen B. Waller
*Attorney for Plaintiffs*
Law Office of Stephen B. Waller, LLC
1933 San Mateo Blvd NE PMB 172
Albuquerque, NM 87110
(505) 230-5959 (phone)
(505) 336-9234 (fax)
swaller@wallernm.com


*Approved via e-mail on 06/25/2025*
Jason Bowles
*Attorney for Defendants*
Bowles Law Firm
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, N.M. 87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

-and-

Peter J. Eicker
*Attorney for Defendants*
Eicker Law, LLC
1429 Central Avenue NW, Suite 2
Albuquerque, NM 87104
Telephone: (505) 219-4868
Email: pje@eickerlaw.com